NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-15-0000466**
**18-MAY-2017**
**08:01 AM**

NO. CAAP-15-0000466

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

THE TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP,
ALSO KNOWN AS KAMEHAMEHA SCHOOLS,
Plaintiffs-Counterclaim Defendants/Appellees,
v.
RONALD G.S. AU,
Defendant-Counterclaimant/Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 13-1-0420-02)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakamura, Chief Judge, and Leonard and Reifurth, JJ)

Upon consideration of the "Motion for Reconsideration of the ICA Summary Disposition Order Dated April [28], 2017" (Motion for Reconsideration) filed by Defendant-Counterclaimant/ Appellant Ronald G.S. Au on May 12, 2017, and the record and files in this case,

IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

DATED: Honolulu, Hawai'i, May 18, 2017.

Chief Judge

Associate Judge

Associate Judge